Rene Alberto HERRERA–
CASTANOLA, Petitioner–
Appellee,

v.

Nancy ALCANTAR, Bureau of Immigration and Customs Enforcement, Department of Homeland Security; Janet Napolitano,* United States Department of Homeland Security, Curtis Hemphill, Bureau of Immigration and Customs Enforcement, Department of Homeland Security; Eric H. Holder, Jr., Attorney General, Respondents–Appellants.

No. 07–17334.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 9, 2009.

Filed March 12, 2009.

Vito R. De La Cruz, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Reno, NV, for Petitioner–Appellee.

Zoe Jaye Heller, Esquire, Trial, U.S. Department of Justice, Washington, DC.

Gregory William Addington, Esquire, Assistant U.S., Office of the U.S. Attorney, Reno, NV, Lyle Davis Jentzer, Esquire, Colin A. Kisor, Trial, U.S. Department of Justice, Washington, DC, for Respondents–Appellants.

Before: McKEOWN and IKUTA, Circuit Judges, and BLOCK,** Senior District Judge.

ORDER ***

The parties agree that Rene Alberto Herrera–Castanola is no longer in federal custody. This appeal is therefore dismissed as moot. Accordingly, we vacate the judgment below and remand for dismissal. Each party shall bear its own costs on appeal.

VACATED AND REMANDED.

---

* Janet Napolitano has been substituted for her predecessor, Michael Chertoff, as Secretary of Homeland Security. Fed. R.App. P. 43(c)(2).

** The Honorable Frederic Block, Senior United States District Judge for the Eastern District of New York, sitting by designation.

*** This order is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.